Arthur Lee MILLER, Plaintiff—
Appellant,

v.

STAFF, AT COLUMBIA CARE CEN-
TER; NFN Fisher, Security Guard at
Columbia Care Center; NFN Scott,
Doctor at Columbia Care Center; Su-
preme Court of South Carolina; Pro-
bate Court, Defendants—Appellees.

No. 03–6874.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 25, 2004.

Decided March 10, 2004.

Arthur Lee Miller, Appellant pro se.

Before WILKINSON, KING, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Arthur Lee Miller appeals the district
court's order accepting the recommenda-
tion of the magistrate judge and dismiss-
ing without prejudice his 42 U.S.C. § 1983
(2000) complaint. We have reviewed the
record and find no reversible error. Ac-
cordingly, we affirm for the reasons stated
by the district court. *See Miller v. Staff,*
No. CA–03–725–2–10 (D.S.C. Apr. 23,
2003). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED*